United States District Court
Southern District of Texas
**ENTERED**
May 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

The United States of America,

    Plaintiff,

*versus*                                             Criminal 4:15CR00380-001

John Tinkle    (93210-379)

    Defendant.

## Order to Surrender

Having been sentenced to the custody of the Attorney General,

**John Tinkle**

is ordered to surrender by 2:00 p.m. on June 6, 2017, at

**USP Beaumont, 6200 Knauth Road, Beaumont, TX  77705**

Signed on  MAY 1 1 2017 , at Houston, Texas.

Alfred H. Bennett
United States District Judge